John J. Egbert – 011469
jegbert@jsslaw.com
Paul G. Johnson - 010309
pjohnson@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendants Lightning Capital, L.L.C. and Nicholas Minard*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Government Employees Insurance Co.; GEICO Indemnity Co.; GEICO General Insurance Company and GEICO Casualty Co., <br><br> Plaintiffs, <br> vs. <br><br> 808 Auto Glass, L.L.C.; Jesse Pacheco; A&E Solheim, L.L.C. d/b/a A&E Auto Glass; Eric A. Solheim; Anna M. Solheim; Lightning Capital, L.L.C. and Nicholas Minard, <br><br> Defendants. | No. 2:19-cv-05343-GMS <br><br> **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST FOR THIRTY(30) DAYS TO COMPLETE SETTLEMENT** |

Plaintiffs and Defendants Lightning Capital, L.L.C. and Nicholas Minard (the "Lightning Defendants") hereby inform the Court that they have reached a settlement in principle, subject to documentation, which will result in a dismissal of the Lightning Defendants from this matter. Based on the foregoing, the Parties jointly request that the Court allow the Parties thirty (30) days to complete the settlement documentation before the Court takes further action in the above-captioned matter.

6899435v1(68943.1)

Dated: December 18, 2019.

        JENNINGS, STROUSS & SALMON, P.L.C.

By   /s/ John J. Egbert
   John J. Egbert
   Paul G. Johnson
   One East Washington Street, Suite 1900
   Phoenix, Arizona 85004-2554
   *Attorneys for Defendants Lightning*
   *Capital, L.L.C. and Nicholas Minard*


RIVKIN RADLER, LLP


By  /s/ Steven Henesy (with permission)
   Barry I. Levy
   Max Gershenoff
   Steven Henesy
   Michael Vanunu
   926 RXR Plaza
   Uniondale, New York 11556
   And
   William L. Thorpe
   Jamie Gill Santos
   THORPE SHWER, P.C.
   3200 N. Central Ave., Ste. 1560
   Phoenix, AZ 85012
   Attorneys for Plaintiffs

   *Attorneys for Plaintiffs*

2

6899435v1(68943.1)

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on December 18, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

☐   I hereby certify that on _____, 2019, I served the attached document via U.S. mail and email on the following, who are not registered participants of the CM/ECF System:

        William L. Thorpe
        Jamie Gill Santos
        **THORPE SHWER, P.C.**
        3200 N. Central Ave., Ste. 1560
        Phoenix, AZ 85012
        and
        Barry I. Levy
        Max Gershenoff
        Steven Henesy
        Michael Vanunu
        **RIVKIN RADLER, LLP**
        926 RXR Plaza
        Uniondale, New York 11556
        *Attorneys for Plaintiffs*

        Alfred W. Ricciardi
        **AIKEN SCHENK HAWKINS & RICCIARDI P.C.**
        2390 East Camelback Road, Ste. 400
        Phoenix, AZ 85016
        *Attorneys for Defendants A&E Solheim, L.L.C d/b/a A&E Auto Glass, Eric A. Solheim, Anna M. Solheim*

        Thomas Moring
        **JABURG & WILK PC**
        3200 N. Central Ave., Fl 20
        Phoenix, AZ 85012-2403
        *Attorneys for Defendants 808 Auto Glass L.L.C. and Jesse Pacheco*

                                      s/ Meeling Tan

6899435v1(68943.1)