**THORPE SHWER, P.C.**
William L. Thorpe (No. 005641)
Jamie Gill Santos (No. 026251)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona  85012-2441
Telephone:  (602) 682-6100
Email:  docket@thorpeshwer.com
Email:  wthorpe@thorpeshwer.com
Email:  jsantos@thorpeshwer.com

**RIVKIN RADLER, LLP**
Barry I. Levy (admitted *pro hac vice*)
Max Gershenoff (admitted *pro hac vice*)
Steven Henesy (admitted *pro hac vice*)
Michael Vanunu (admitted *pro hac vice*)
926 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 357-3000
Email: barry.levy@rivkin.com
Email: max.gershenoff@rivkin.com
Email: steven.henesy@rivkin.com
Email: michael.vanunu@rivkin.com

*Counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Co., and GEICO Casualty Co.*

## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF ARIZONA

| | |
|---|---|
| Government Employees Insurance Co., GEICO Indemnity Co.; GEICO General Insurance Company and GEICO Casualty Co., <br><br>Plaintiffs,<br><br>v.<br><br>808 Auto Glass, L.L.C., Jesse Pacheco, A&E Solheim, L.L.C. d/b/a A&E Auto Glass, Eric A. Solheim, Anna M. Solheim, Lightning Capital, L.L.C., and Nicholas Minard,<br><br>Defendants. | NO. 2:19-cv-05343-GMS<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>(Assigned to Hon. G. Murray Snow ) |

Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively "Plaintiffs") and

9132849

1  Defendants 808 Auto Glass, L.L.C., Jesse Pacheco, A&E Solheim, LLC d/b/a A&E Auto
2  Glass, Eric Solheim, and Anna Solheim (collectively with Plaintiffs the "Parties") hereby
3  notify the Court that, based on the communications and discussions between and among
4  counsel for the Parties, the Parties have agreed to a settlement on all material terms in this
5  case. The Parties are currently finalizing the terms of the settlement, and anticipate having
6  final settlement documents within 30 days of this Notice. Once the settlement is finalized,
7  the Parties will file a stipulation for dismissal of this case. The Parties request that all
8  deadlines, including Defendants' deadline to respond to the complaint, be stayed for the
9  next 30 days.

10      Dated December 18, 2019.

**THORPE SHWER, P.C.**

By: /s/ *William L. Thorpe*
William L. Thorpe
Jamie Gill Santos

AND

**RIVKIN RADLER LLP**

Barry I. Levy (admitted *pro hac vice*)
Max Gershenoff (admitted *pro hac vice*)
Steven Henesy (admitted *pro hac* vice)
Michael Vanunu (admitted *pro hac vice*)

*Counsel for Plaintiffs,*
*Government Employees Insurance Co.,*
*GEICO Indemnity Co.,*
*GEICO General Insurance Company,*
*and GEICO Casualty Co.*

**AIKEN SCHENK RICCIARDI, P.C.**

By: */s/ Alfred W. Ricciardi*
     Alfred W. Ricciardi

*Counsel for Defendants A&E Solheim, LLC d/b/a A&E Auto Glass; Eric A. Solheim and Anna M. Solheim*

**JABURG WILK**

*/s/ Thomas Moring*
Thomas Moring

*Counsel for Defendants 808 Auto Glass, LLC and Jesse Pacheco*

2

9132849

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2019, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

                                                              */s/ Lynn Acosta*
                                                              An Employee of Thorpe Shwer, P.C.

9132849