**THORPE SHWER, P.C.**
William L. Thorpe (No. 005641)
Jamie Gill Santos (No. 026251)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Telephone: (602) 682-6100
Email: docket@thorpeshwer.com
Email: wthorpe@thorpeshwer.com
Email: jsantos@thorpeshwer.com

**RIVKIN RADLER, LLP**
Barry I. Levy (admitted *pro hac vice*)
Max Gershenoff (admitted *pro hac vice*)
Steven Henesy (admitted *pro hac vice*)
Michael Vanunu (admitted *pro hac vice*)
926 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 357-3000
Email: barry.levy@rivkin.com
Email: max.gershenoff@rivkin.com
Email: steven.henesy@rivkin.com
Email: michael.vanunu@rivkin.com

*Counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Co., and GEICO Casualty Co.*

## IN THE UNITED STATES DISTRICT COURT

## FOR DISTRICT OF ARIZONA

| | |
|---|---|
| Government Employees Insurance Co., GEICO Indemnity Co.; GEICO General Insurance Company and GEICO Casualty Co., <br><br> Plaintiffs, <br><br> v. <br><br> 808 Auto Glass, L.L.C., Jesse Pacheco, A&E Solheim, L.L.C. d/b/a A&E Auto Glass, Eric A. Solheim, Anna M. Solheim, Lightning Capital, L.L.C., and Nicholas Minard, <br><br> Defendants. | NO. 2:19-cv-05343-GMS <br><br> **AMENDED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** <br><br> (Assigned to Hon. G. Murray Snow ) |

. . .

. . .

9137754

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively "Plaintiffs") by their undersigned counsel, hereby give notice that Plaintiffs voluntarily dismiss their claims against Defendants Lightning Capital, L.L.C. and Nicholas Minard <u>with prejudice</u>.  This Notice shall amend the prior Notice, filed on January 21, 2020. [Dkt. 30].

Dated this 22nd day of January, 2020.

**THORPE SHWER, P.C.**

By: /s/ *William L. Thorpe*
William L. Thorpe
Jamie Gill Santos

AND

**RIVKIN RADLER LLP**
Barry I. Levy (admitted *pro hac vice*)
Max Gershenoff (admitted *pro hac vice)*
Steven Henesy (admitted *pro hac* vice)
Michael Vanunu (admitted *pro hac vice*)

*Counsel for Plaintiffs*

2

9137754

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2020, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

*/s/  Lynn Acosta*

3

9137754